AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Esther Marlene Decoteau,<br>a/k/a Esther Perdomo<br><br>*Defendant* | )<br>)  Case No.  3:26-cr-00036<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Esther Marlene DECOTEAU, a/k/a Esther PERDOMO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
Possession with Intent to Distribute Methamphetamine
Forfeiture Notice

Date:   02/12/2026

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-20-26, and the person was arrested on *(date)* 2-20-26
at *(city and state)* Dunseith, N.D.

Date: 2-20-26

Matt Schimetz
*Arresting officer's signature*

Matt Schimetz, Special Agent NDBCI
*Printed name and title*